UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASONRY SECURITY PLAN OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> J-3 CONTRACTING LLC, <br><br> Defendant. | CASE NO. C22-1390 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court set a deadline of December 13, 2022 by which the Parties were to file a joint status report. (Dkt. No. 8.) Plaintiffs did not file a joint status report, but instead moved for and obtained an Order of Default against Defendant. (Dkt. No. 11.) Although Plaintiffs obtained the Order of Default on November 22, 2022, they have not moved for entry of default judgment. By no later than January 17, 2023, Plaintiffs must either file a completed joint status report as

previously ordered or move for entry of default judgment. Failure to meet this deadline may lead to dismissal of this action for failure to prosecute.

The clerk is ordered to provide copies of this order to all counsel.

Filed January 3, 2023.

Ravi Subramanian  
Clerk of Court

s/Serge Bodnarchuk  
Deputy Clerk

MINUTE ORDER - 2